## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| EARL L. TURNER, | § | |
|      Plaintiff, | § | |
| vs. | § | Civil Action No. 3:16-CV-501-K |
| | § | |
| NATIONSTAR MORTGAGE, LLC, | § | |
| et al., | § | |
|      Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Motion to Dismiss Amended Complaint and Brief in Support*, filed July 1, 2016 (doc. 28), is **GRANTED**.  By separate judgment, all of the plaintiff's claims will be **DISMISSED with prejudice**.  Plaintiff's Objections filed on December 5, 2016 are hereby OVERRULED.

SO ORDERED.

**Signed December 13th, 2016.**


_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE